UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JANE DOE, as next friend of her sister, )<br>T.D., a minor, )<br>  )<br>  Plaintiff, )<br>  )<br>v. )<br>  )<br>TODD JOHNSTON, et al., )<br>  )<br>  Defendants. ) | No. 3:04-CV-467<br>No. 3:04-CV-491<br>(Phillips) |

## ORDER OF DISMISSAL

Defendants have moved to dismiss this consolidated action for failure to prosecute [Doc. 34]. On May 21, 2008, the court allowed plaintiffs sixty (60) days within which to obtain new counsel in this matter or to notify the court that they would be proceeding *pro* se [Doc. 33]. As of the date of this order, plaintiffs have not responded to the defendants' motion to dismiss or to the court's order of May 21, 2008. Accordingly, as plaintiffs have shown no desire to prosecute this action, it is hereby **DISMISSED.**

**ENTER:**

s/ Thomas W. Phillips
United States District Judge